# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 26-1922          **Short Title:** Washington v. HUD

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

HUD; Secretary of HUD _____ as the

[✓] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/ Sarah Clark Griffin _____          8/14/2026 _____
Signature                                         Date

Sarah Clark Griffin _____
Name

U.S. Department of Justice _____          202-305-8727 _____
Firm Name (if applicable)                         Telephone Number

950 Pennsylvania Ave NW _____          _____
Address                                            Fax Number

Washington DC 20530 _____          sarah.c.griffin@usdoj.gov _____
City, State, Zip Code                              Email (required)

Court of Appeals Bar Number: 1199611 _____

Has this case or any related case previously been on appeal?

[ ] No          [✓] Yes   Court of Appeals No. 26-1923 _____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).