# United States Court of Appeals
## For the First Circuit

No. 26-1922

STATE OF WASHINGTON; STATE OF NEW YORK; STATE OF RHODE ISLAND; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR ex rel. ANDY BESHEAR, in the official capacity as Governor of the Commonwealth of Kentucky; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; GOVERNOR JOSH SHAPIRO, in the capacity as Governor of the Commonwealth of Pennsylvania; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA; STATE OF WISCONSIN,

Plaintiffs - Appellees,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; ERIC SCOTT TURNER, in the official capacity as Secretary of the United States Department of Housing and Urban Development,

Defendants - Appellants.

**ORDER OF COURT**

Entered: August 14, 2026
Pursuant to 1st Cir. R. 27.0(d)

Defendants-appellants have filed in this court an "Emergency Motion for Stay Pending Appeal."

Plaintiffs-appellees shall file a response no later than Friday, August 21, 2026, at 5:00 p.m. Defendants-appellants shall file any reply no later than Monday, August 24, 2026, at 5:00 p.m.

The court intends to rule promptly on the matter.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Andrew R.W. Hughes, Cristina Sepe, Aliana Claire Knoepfler, Rabia Muqaddam, Stephen Thompson, Kathryn M. Sabatini, Jordan G. Mickman, Leonard Giarrano IV, William Y. Durbin, Jarrell Mitchell, Lauren Greenawalt, David Moskowitz, Nora Q.E. Passamaneck, Andrew M. Ammirati, Vanessa L. Kassab, Ian R. Liston, Robin Jacobs, Nicole Suzanne Hill, Samantha Hall, Aleeza M. Strubel, Elena S. Meth, Steven Travis Mayo, Katherine Thompson, James C. Luh, Michelle R. Pascucci, Neil Giovanatti, Brian S. Carter, Daniel P. Resler, Anjana Samant, Robert A. Koch, Scott P. Kennedy, Jacob Boyer, Samuel B. Stratton, Jonathan T. Rose, Megan C. Keenan, Faye B. Hipsman, Lauren S. Zurier, Kevin M. Bolan, Sarah Clark Griffin, Michael Benjamin Bruns