# United States Court of Appeals
## For the First Circuit

No. 26-1922

STATE OF WASHINGTON; STATE OF NEW YORK; STATE OF RHODE ISLAND; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR, ex rel. ANDY BESHEAR, in the official capacity as Governor of the Commonwealth of Kentucky; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; GOVERNOR JOSH SHAPIRO, in the capacity as Governor of the Commonwealth of Pennsylvania; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA; STATE OF WISCONSIN,

Plaintiffs - Appellees,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; ERIC SCOTT TURNER, in the official capacity as Secretary of the United States Department of Housing and Urban Development,

Defendants - Appellants.

**ORDER OF COURT**

Entered: September 22, 2026
Pursuant to 1st Cir. R. 27.0(d)

State plaintiffs-appellees have filed in this court a "Joinder to Emergency Motion for Summary Vacatur and Remand."

Defendants-appellants shall file their response no later than Wednesday, September 23, 2026, at 5:00 p.m.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Andrew R.W. Hughes, Cristina Sepe, Zane Muller, Aliana Claire Knoepfler, Rabia Muqaddam, Victoria Ochoa, Judith N. Vale, Kathryn M. Sabatini, Jordan G. Mickman, Leonard Giarrano IV, Hayleigh S. Crawford, Michael Louis Newman, Brian Jeffrey Bilford, Joel Marrero, Jarrell Mitchell, Lauren Greenawalt, David Moskowitz, Andrew M. Ammirati, Vanessa L. Kassab, Ian R. Liston, Caroline S. Van Zile, Sarah A. Hunger, Laura Crittenden Tipton, Steven Travis Mayo, Katherine Thompson, James C. Luh, Katherine B. Dirks, Nita Kumaraswami Klunder, Michelle R. Pascucci, Neil Giovanatti, Brian S. Carter, Daniel P. Resler, Anjana Samant, Robert A. Koch, Scott P. Kennedy, Michael J. Fischer, Samuel B. Stratton, Jonathan T. Rose, Tillman J. Breckenridge, Megan C. Keenan, Faye B. Hipsman, Lauren S. Zurier, Kevin M. Bolan, Sarah Clark Griffin